UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| SADIE LIVINGSTON,<br><br>             Plaintiff,<br><br>      v.<br><br>SAFEWAY INSURANCE COMPANY,<br><br>             Defendant. | Case No. 17-CV-581-SWS-MLC |

**JUDGMENT**

This matter came before the Court on its Order on Cross Motions for Summary Judgment, entered contemporaneously herewith and fully incorporated herein by this reference. In conformity with that Order,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Safeway Insurance Company's motion for summary judgment (ECF No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Sadie Livingston's motion for summary judgment (ECF No. 15) is **DENIED**.

DATED this <u>18th</u> day of December, 2017

/s/ Scott W. Skavdahl

Scott W. Skavdahl
United States District Judge
